| | |
|---|---|
| 1 | GUILLERMO MARRERO, ESQ., State Bar No. 099056 |
| | CAROLINA JUAREZ, ESQ., State Bar No. 298464 |
| 2 | **INTERNATIONAL PRACTICE GROUP, P.C.** |
| | 1350 Columbia Street, Suite 500 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 515-1486 |
| 4 | Facsimile: (619) 515-1481 |
| | gmarrero@ipglaw.com |
| 5 | cjaurez@ipglaw.com |
| 6 | Attorneys for Defendant |
| | SEAWORLD LLC |

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MARQUEZ, and individual, | Case No.: **'20 CV0654 BAS AHG** |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (b) AND DEMAND FOR JURY TRIAL BY DEFENDANT SEAWORLD LLC** |
| v. | |
| SEA WORLD, LLC, a business entity; and DOES 1 through 100, inclusive; | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant SeaWorld LLC, erroneously sued and served as "Sea World, LLC", hereby removes to this Court the State Court Action described below:

**A.     Plaintiff's Complaint**

1. On February 27, 2019, Plaintiff Guadalupe Marquez ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of San Diego styled *Guadalupe Marquez v. Sea World, LLC, et al.*, Case No. 37-2020-00011131-CU-PO-CTL ("the State Court Lawsuit").

2. The Complaint alleges causes of action for general negligence and premises liability on behalf of Plaintiff. The Complaint alleges that on September 23, 2019, Plaintiff tipped and fell at SeaWorld San Diego and consequently suffered personal injuries. The Complaint further alleges damages for medical expenses, lost earnings, loss of earning capacity, and general damages.

3. A copy of the Summons and Complaint is attached hereto as **Exhibit 1**.

4. Defendant SeaWorld LLC was served with the Summons and Complaint as "Sea World LLC" on March 2, 2020.

**B.     The Parties**

5. Defendant SeaWorld LLC owns and operates SeaWorld San Diego.

6. Defendant SeaWorld LLC is a Limited Liability Company organized under the laws of the State of Delaware, with its principal place of business in the State of Florida.

7. Defendant SeaWorld LLC is a single-member Limited Liability Company, whose sole member is SeaWorld Parks & Entertainment, Inc.

8. SeaWorld Parks & Entertainment, Inc. is a Corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Florida.

9. For purposes of diversity jurisdiction, both Defendant SeaWorld LLC

and SeaWorld Parks & Entertainment, Inc. are citizens of Delaware and Florida.

10. SeaWorld Parks & Entertainment, Inc. was not sued herein and is not a proper defendant in this action, as it has never owned or operated SeaWorld San Diego.

11. Plaintiff's Complaint named "Sea World, LLC, a business entity" as a defendant. No such business entity exists. The correct entity name is SeaWorld LLC.

12. Upon information and belief, Plaintiff is a citizen of the State of California who resides in the City of San Diego in the County of San Diego.

## C. Grounds for Removal

13. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(b).

14. This Court has original jurisdiction over all claims and causes of action alleged in the Complaint pursuant to 28 U.S.C. §1332, in that the amount in controversy exceeds $75,000 and is between citizens of different states.

15. The amount in controversy exceeds $75,000. Plaintiff's Complaint alleges that she suffered "*severe injuries*"; *that she sustained and will sustain in the future "disabling, serious, and permanent injuries, pain, suffering and mental anguish"; that she has incurred and will incur medical "expenses in the examination, care and treatment of her injuries*". Plaintiff's complaint further alleges that she "*was unable to attend her usual occupation and therapy lost earnings and earnings capacity*"; and that she sustained past loss of earnings and will sustain future loss of earnings.

16. This action is between citizens of different states, as Defendant is a citizen of Delaware and Florida, and Plaintiff is a citizen of California.

## D. Compliance with Removal Procedures

17. Defendant SeaWorld LLC was served with the Summons and Complaint on March 2, 2020, as "Sea World, LLC", which is erroneous. Defendant

-2-

believes that this constitutes "[…] receipt by the defendant, through service or otherwise, of a copy of the initial pleading […]." 28 U.S.C. § 1446 (b)(1).

18. Accordingly, this Petition to remove is timely filed because it has been filed within thirty (30) days of Defendant SeaWorld LLC's receipt of the Summons and Complaint and within one year after the commencement of the action, in accordance with 28 U.S.C. § 1446 (b).

**E.  Request for Removal**

19. Based on the foregoing Defendant SeaWorld LLC respectfully requests that the entire action pending in the Superior Court of the State of California for the County of San Diego styled *Guadalupe Marquez v. Sea World, LLC, et al.*, Case No. 37-2020-00011131-CU-PO-CTL, be removed to this Court.

**F.  Answer and Demand for Jury Trial**

20. Defendant SeaWorld LLC also files its Answer to Plaintiff's Complaint and Demand for Jury Trial herewith.

Respectfully submitted,

Dated: March 31, 2020

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By: *s/  Guillermo Marrero*
    GUILLERMO MARRERO
    CAROLINA JUAREZ
    *Attorneys for Defendant*